United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Kendra Simbeck-Portillo

    Debtor

Case No. 26-11516-amc

Chapter 7

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Apr 13, 2026 | Form ID: 210U | Total Noticed: 28 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kendra Simbeck-Portillo, 9115 Academy Rd Apt B6, Philadelphia, PA 19136-1332 |
| 15127669 | + | Fifth Judicial District of Pennsylvania, City-County Building, 414 Grant Street, Pittsburgh, PA 15219-2409 |
| 15127675 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 15127684 | | U.S. Department of Justice, Attorney General, PO Box 683, Washington, DC 20044-0683 |
| 15127685 | + | Upst Ffbkc, Po Box 61203, Palo Alto, CA 94306-6203 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Apr 14 2026 00:36:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2026 00:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 15127662 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Apr 14 2026 00:40:18 | Affirm, Inc., Attn: Bankruptcy Notice,, 650 California Street Floor 12, San Francisco, CA 94108-2716 |
| 15127666 | | Email/Text: megan.harper@phila.gov | Apr 14 2026 00:36:00 | City of Philadelphia, c/o City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 15127663 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 14 2026 00:40:25 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 15127664 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 14 2026 00:40:21 | Chase Card Services, Po Box 15298, Wilmington, DE 19850-5298 |
| 15127665 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 14 2026 00:40:23 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, Saint Louis, MO 63179-0040 |
| 15127667 | | Email/Text: bankruptcy@philapark.org | Apr 14 2026 00:36:00 | City of Philadelphia, Attn: Parking Violations Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 15127668 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Apr 14 2026 00:35:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 15127670 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 14 2026 00:35:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 15127671 | + | Email/Text: bankruptcy.us@klarna.com | Apr 14 2026 00:35:00 | Klarna, 800 N High Street Suite 400, Columbus, OH 43215-1430 |
| 15127672 | | Email/Text: bk@lendmarkfinancial.com | Apr 14 2026 00:35:00 | Lendmark, 2118 Usher St., Covington, GA 30014 |
| 15127673 | ^ | MEBN | | |

District/off: 0313-2        User: admin        Page 2 of 3

Date Rcvd: Apr 13, 2026        Form ID: 210U        Total Noticed: 28

| | | | | |
|---|---|---|---|---|
| | | | Apr 14 2026 00:33:43 | Mohela/dofed, Po Box 300001, Greenville, TX 75403-3001 |
| 15127674 | + | Email/Text: bankruptcygroup@peco-energy.com | Apr 14 2026 00:35:00 | PECO Energy Company, 2301 Market St, Philadelphia, PA 19103-1380 |
| 15127678 | ^ | MEBN | Apr 14 2026 00:33:05 | PGW, Legal - Bankruptcy Unit, 800 W Montgomery Ave Fl 3, Philadelphia, PA 19122-2806 |
| 15127676 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 14 2026 00:35:00 | Pennsylvania Dept. of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 15127677 | ^ | MEBN | Apr 14 2026 00:33:28 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 15127679 | | Email/Text: bankruptcy@philapark.org | Apr 14 2026 00:36:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 15127680 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 14 2026 00:40:25 | Syncb/walm, Po Box 71746, Philadelphia, PA 19176-1746 |
| 15127681 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Apr 14 2026 00:40:21 | Synchrony/Ashley Furniture Homestore, Attn: Bankruptcy Dept., P.O. Box 965061, Orlando, FL 32896-5061 |
| 15127682 | | Email/Text: dbogucki@trumark.org | Apr 14 2026 00:36:00 | Trumark Financial Credit Union, Attn: Bankruptcy, 335 Commerce Dr, Ft Washington, PA 19034-2701 |
| 15127683 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 14 2026 00:36:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 15127686 | + | Email/Text: cxbk@zip.co | Apr 14 2026 00:35:00 | Zip Inc., 228 Park Ave S, PMB 59872, New York, NY 10003-0103 |

TOTAL: 23

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 13, 2026 at the address(es) listed below:**

**Name**        **Email Address**

LYNN E. FELDMAN
     trustee.feldman@rcn.com   lfeldman@ecf.axosfs.com

District/off: 0313-2                         User: admin                              Page 3 of 3
Date Rcvd: Apr 13, 2026                      Form ID: 210U                            Total Noticed: 28

MICHAEL A. CIBIK

on behalf of Debtor Kendra Simbeck-Portillo help@cibiklaw.com
noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co
m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Kendra Simbeck−Portillo                    Case No: 26−11516−amc

     Debtor(s)

_____

### CLERK'S NOTICE RE: PRESUMPTION OF ABUSE

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 4/13/26

Mohung Wong
Clerk of Court

6 − 1
Form 210U