Certificate Number: 16339-PAE-DE-040880194

Bankruptcy Case Number: 26-11516



16339-PAE-DE-040880194

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 20, 2026</u>, at <u>7:28</u> o'clock <u>PM EDT</u>, <u>Kendra Simbeck-portillo</u> completed a course on personal financial management given <u>by internet</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:  <u>April 20, 2026</u>                     By:     <u>/s/Kris Krumal</u>

Name:  <u>Kris Krumal</u>

Title:  <u>Certified Financial Counselor</u>